THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
     Federal Building Suite 7516
     300 North Los Angeles Street
     Los Angeles, California
     Tel. 213 894-6117
     FAX:  213 894-7819
     Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA ROMERO,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | CV 08 1415 RC<br><br>**JUDGMENT OF REMAND** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings under sentence four, 42 USC 405(g).

DATED: March 18, 2009

                    /S/ ROSALYN M. CHAPMAN
                    ROSALYN M. CHAPMAN
                    UNITED STATES MAGISTRATE JUDGE