Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
     11332 Mountain View Ave., Suite C
     Loma Linda, California 92354
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EMMA ROMERO, )<br><br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>    Defendant. ) | No.  EDCV 08-1415 RC<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

     IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND FOUR HUNDRED DOLLARS and 00/cents ($2,400.00)as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

     DATED:  April 30, 2009 _/S/ ROSALYN M. CHAPMAN  _____

                       HON. ROSALYN M. CHAPMAN
                       UNITED STATES MAGISTRATE JUDGE